# SHAFRAN & MOSLEY, P.C.

ATTORNEYS AT LAW
EMPIRE STATE BUILDING
350 5TH AVENUE - SUITE 2705
NEW YORK, NEW YORK 10118

TELEPHONE (212) 631-7000
TELEFAX (212) 239-6900

HOWARD E. SHAFRAN *
KEVIN L. MOSLEY +

* ADMITTED N.Y., MASS., WASH. D.C.
+ ADMITTED N.Y., CONN.

WHITE PLAINS OFFICE
44 CHURCH STREET - SUITE 150
WHITE PLAINS, NEW YORK 10601

BY APPOINTMENT ONLY

VIA ECF

August 31ST, 2011

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Joseph Rivera v. City of New York, et al.,
                11CV 2987 (BMC)

Dear Justice Cogan:

     I am writing on behalf of all parties to advise the Court that this matter has settled for the sum of Five Thousand ($5,000.00) Dollars. Serena Longley, Assistant Corporation Counsel, has already provided the closing papers to our office and we have sent them on to our client for execution and return. We consent to the entry of an order of dismissal based upon said settlement.

                                               Respectfully submitted

                                               Howard E. Shafran

HES/oho
via ECF
cc: Serena Mabel Longley, Esq.